UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR408-315 |
| | ) | |
| TRAVIAN SHONATE GREEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

Before the Court is Defendant Travian Shonate Green's Motion for Downward Departure to Include Sentence Modification. (Doc. 1405.) In this motion, Defendant asks that the Court reduce her sentence by twelve months based on her extraordinary rehabilitative efforts. (Id. at 1, 3-4.) While the Court commends Defendant on her efforts and successes, it lacks jurisdiction to reduce her sentence absent either a motion by the Director of the Bureau of Prisons pursuant to 18 U.S.C. § 3582(c) or a motion by the Government pursuant to Federal Rule of Criminal Procedure 35. See United States v. Alvarez-Mosquera, 2012 WL 3655912, at *1 (11th Cir. Aug. 27, 2012) (unpublished). Accordingly, Defendant's motion must be **DENIED**.

SO ORDERED this 19th day of November 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA